IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID ALLEN,

      Petitioner,

v.                                                                  Case No. 4:15cv74-MW/CAS

SECRETARY, DEPARTMENT
OF CORRECTIONS,

      Respondent.

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 19, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 22. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's Motion to Dismiss Petition for Habeas Corpus as Untimely, ECF No. 8, is **GRANTED**. The Petition for Writ of Habeas Corpus, ECF

No. 1, is **DISMISSED**.  A certificate of appealability is **DENIED**."  The Clerk shall close the file.

    **SO ORDERED on December 9, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
